**DISMISS and Opinion Filed September 21, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00285-CV**

**IN THE INTEREST OF A.B. AND A.B., CHILDREN**

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-83116**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Garcia

On July 23, 2021, after being informed by the court reporter that no hearings in the underlying matter were recorded, we ordered appellant to file her opening brief no later than August 23, 2021. Appellant failed to comply. We then directed appellant by postcard dated August 27, 2021 to file her brief within ten days and cautioned her that failure to do so would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not complied

or otherwise communicated with the Court. Accordingly, we dismiss the appeal.

*See id.* 38.8(a)(1); 42.3(b),(c).

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE

210285F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF A.B. AND
A.B., CHILDREN

No. 05-21-00285-CV

On Appeal from the 245th District
Court, Harris County, Texas
Trial Court Cause No. 2019-83116.
Opinion delivered by Justice Garcia,
Justices Schenck and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered September 21, 2021.